UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | MISC. NO.  MCR-23-10-GF-JTJ<br><br>Filed Under Seal |

## ORDER

Assistant U.S. Attorney Ethan R. Plaut, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the cell phone number described in Attachment A, which is incorporated into this Order by reference.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by HSI of individuals in connection with possible violations of conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846 and possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that HSI may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with communications to or from the cell phone number described in Attachment A, including the date, time, and duration of the communication, without geographic limit.

As necessary for that purpose, the HSI may collect the following:

a. IP addresses associated with the cell phone device or devices used to send or receive electronic communications

b. Any unique identifiers associated with the cell phone device or devices used to make and receive calls with cell phone number described in Attachment A, or to send or receive other electronic communications, including the ESN, MEIN, IMSI, IMEI, SIM, MSISDN, or MIN

c. IP addresses of any websites or other servers to which the cell phone device or devices connected

d. Source and destination telephone numbers and email addresses

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized **for 45 days from the date of this Order**;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that Verizon and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that HSI reasonably compensate Verizon and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that Verizon and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and HSI of any changes relating to the cell phone number described in Attachment A, including changes to subscriber information, and to provide prior notice to HSI before terminating or changing service to the cell phone number;

IT IS FURTHER ORDERED that HSI and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to HSI, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that Verizon and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen-trap devices, or the investigation to any person, unless and until otherwise ordered by the Court, except that Verizon may disclose this Order to an attorney for Verizon for the purpose of receiving legal advice;

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

_April 20, 2023_____
Date

_____
John Johnston
United States Magistrate Judge

## ATTACHMENT A

Verizon (Trac Phone) Wireless

| Facility | Number or identifier | Owner, if known | Subject of investigation, if known |
|---|---|---|---|
| Cell phone number | 406-781-0035 | Unknown | Joseph CONNER |